11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT



Kimberly Anne Hutson,

\* From the 32nd District Court
of Nolan County,
Trial Court No. 12371.

Vs. No. 11-19-00037-CR

\* September 12, 2019

The State of Texas,

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court (1) to reflect court costs of $366.50 (deleting the DNA community supervision fee of $34.00 and $22.50 of the time payment fee) and (2) to delete the following language: "$180.00 restitution to the Texas Department of Public Safety Crime Laboratory, Abilene, Texas; $ _____ attorney[']s fees; and $50.00 Crime Stoppers"; "RESTITUTION: $180.00"; and CRIME STOPPERS: $50.00." We affirm the judgment as modified.